**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| ARUNKUMAR-MANEKLAL PATEL,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-87<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H Steger |

---

**ORDER**

---

On October 5, 2026, the Court ordered Plaintiff, Arunkumar-Maneklal Patel, to show cause for his failure to serve Defendants Markwayne Mullin, Secretary of Department of Homeland Security, Pamela Bondi, Attorney General of the United States, Joseph B. Edlow, Director, U.S. Citizenship and Immigration Services, and The United States of America (collectively "Defendants"). (Doc. 6.) The Court put Plaintiff on notice that failure to show cause could result in dismissal of Defendants from this action. Plaintiffs failed to serve or show cause why the action should not be dismissed. Accordingly, pursuant to Fed. R. Civ. P. 4(m), Defendants are hereby **DISMISSED** from this action **WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**